# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br><br>CALVIN REVELLE<br><br>Debtor | Chapter 13<br>Case No. 23-18797-LSS |
| LAKEVIEW LOAN SERVICING, LLC<br><br>Movant<br><br>v.<br><br>CALVIN REVELLE<br>(Debtor)<br><br>TIMOTHY P. BRANIGAN<br>(Trustee)<br><br>Respondents | Ref. Dkt. #21, 22, 27 and 40 |

## NOTICE OF INTENT TO FORECLOSE

COMES NOW, Lakeview Loan Servicing, LLC ("Movant") by undersigned counsel hereby gives notice of the following:

1. That a Consent Order Modifying Automatic Stay ("Consent Order") was entered by this Court on June 3, 2024.

2. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on January 28, 2025.

3. The Debtor has failed to cure the Notice of Default.

4. Pursuant to the terms of the Consent Order and Notice of Default entered herein and the Debtor's failure to cure the Notice of Default, the Automatic Stay is terminated and Movant is free to exercise its rights under the terms of the Note and Deed of Trust.

Date:  March 03, 2025

                                    Respectfully submitted,

                                    */s/ Gene Jung*
                                  Gene Jung, Bar #14950
                                  James E. Clarke, Bar #15153
                                  Paul J. Moran, Bar #19595
                                  Orlans Law Group PLLC
                                  PO Box 2548
                                  Leesburg, VA 20177
                                  (703) 777-7101
                                  Attorneys for Lakeview Loan Servicing, LLC
                                  gjung@orlans.com
                                  jclarke@orlans.com
                                  pmoran@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on March 03, 2025, copies of the foregoing Notice of Intent to Foreclose were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Bankruptcy Trustee*

Edward C. Christman Jr.
Christman & Fascetta, LLC
809 Gleneagles Court
Suite 310
Towson, MD 21286
christman-fascetta@bankruptcymd.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Intent to Foreclose to the following non-ECF participants:

Calvin Revelle
11410 Jane Austen Lane
White Plains, MD 20695
*Debtor*

                                                   */s/ Gene Jung*
                                                   Gene Jung, Esquire
                                                   James E. Clarke, Esquire
                                                   Paul J. Moran, Esquire